UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| KIM SIMON | CIV. ACTION NO. 3:21-03800 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| KANSAS CITY SOUTHERN RAILWAY CO. | MAG. JUDGE KAYLA D. MCCLUSKY |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED that the motion to remand [doc. # 11] filed by Plaintiff Kim Simon is hereby DENIED.

Monroe, Louisiana, this 6th day of January 2022.

                                              TERRY A. DOUGHTY
                                              UNITED STATES DISTRICT JUDGE